LAMONT STANLEY et al., Appellants, v CITY OF NEW YORK et al., Respondents. [24 NYS3d 507]—Order, Supreme Court, Bronx County (Mitchell J. Danziger, J.), entered October 15, 2014, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

The doctrine of res judicata bars this action alleging violations of 42 USC §§ 1983 and 1985 stemming from plaintiffs' arrest in 2011. Plaintiffs could have raised their current claims in their prior action, which involved the same incident and parties (*see Matter of Hunter*, 4 NY3d 260, 269 [2005]). Although one of plaintiffs' claims was not dismissed on the merits in the prior action, they did not pursue that claim in this action. Concur—Friedman, J.P., Acosta, Andrias, Saxe and Feinman, JJ.